**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LISA WATSON, WAYNE MINER, and                                         PLAINTIFFS
JAMES EASLEY, individually and on behalf
of all others similarly situated

v.                                         NO. 4:10CV00396 JLH

PHILIP MORRIS USA INC.; and
ALTRIA GROUP, INC.                                         DEFENDANTS

## ORDER

R.T. Beard, III, local counsel for separate defendant Philip Morris USA Inc., has filed a

motion to permit the *pro hac vice* appearance of James Rosenthal.  The motion is GRANTED.

Document #6.  James Rosenthal is hereby admitted to appear before this Court as co-counsel for

Philip Morris USA Inc., in this action.

IT IS SO ORDERED this 26th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE