**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| LISA WATSON, WAYNE MINER, and JAMES EASLEY, individually and on behalf of all others similarly situated | PLAINTIFFS |
| v.                    NO. 4:10CV00396 JLH | |
| PHILIP MORRIS USA INC.; and ALTRIA GROUP, INC. | DEFENDANTS |

## ORDER

R.T. Beard, III, local counsel for separate defendant Philip Morris USA Inc., has filed a motion to permit the *pro hac vice* appearance of Judith Bernstein-Gaeta. The motion is GRANTED. Document #7. Judith Bernstein-Gaeta is hereby admitted to appear before this Court as co-counsel for Philip Morris USA Inc., in this action.

IT IS SO ORDERED this 26th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE