**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LISA WATSON, WAYNE MINER, and                                           PLAINTIFFS
JAMES EASLEY, individually and on behalf
of all others similarly situated

v.                                          NO. 4:10CV00396 JLH

PHILIP MORRIS USA INC.; and
ALTRIA GROUP, INC.                                                      DEFENDANTS

**AGREED ORDER TO STAY THE**
**REQUIREMENTS OF RULE 26 AND THE RULE 26(f) PROCEEDING**

As there are several pending motions, including plaintiffs' Motion to Remand, plaintiffs'

Motion to Vacate the Judicial Panel on Multidistrict Litigation's (JPML) Conditional Transfer

Order 8 (CTO-8), which would transfer to and consolidate this case with fourteen other similar

putative Lights class actions consolidated for pretrial proceedings in *In re: Light Cigarettes*

*Marketing Sales Practices Litigation*, No. 1:09-MD-2068-JAW (D. Me.), and Defendant Philip

Morris USA Inc.'s Motion to Stay Proceedings in this Court pending the JPML's decision on

plaintiffs' motion to vacate CTO-8, it is in the interest of all the parties to stay the requirements of

Federal Rule of Civil Procedure 26, including any Rule 26(f) proceeding, until all three of these

motions are resolved.  The parties shall have thirty (30) days from the date on which the final of

these three motions is resolved to proceed as required by Rule 26.

IT IS SO ORDERED this 26th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE